*United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65122.**—A. N. Deringer, Inc. *v.* United States, protest 269383–K (Ogdensburg).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65123.**—M. S. Cowen & Co. *v.* United States, protests 270889–K/7189, etc. (Chicago).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65124.**—F. W. Myers & Co., Inc., et al. *v.* United States, protests 271030–K, etc. (Detroit).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

**No. 65125.**—Toftman Corp. of California et al. *v.* United States, protests 272494–K, etc. (San Francisco).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiffs was sustained.

**No. 65126.**—The J. D. Richardson Company *v.* United States, protest 273602–K (Detroit).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.